IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

U.S. MAGISTRATE COURT
JSH – SDTX
FILED

MAR 28 2014 DF

David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CASE NO. 5:09-CR-0961-01 |
| ENRIQUE RAMIREZ | § | |

### MEMORANDUM ORDER

The Court referred a petition alleging violations of supervised release conditions to United States Magistrate Judge Scott Hacker in Laredo, Texas for consideration pursuant to the applicable laws and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order.

At the close of the March 24, 2014 revocation hearing, Defendant, defense counsel, and counsel for the Government signed a standard form waiving their right to object to the proposed findings and recommendations contained in the United States Magistrate Judge's Report, consenting to revocation of supervised release and to the imposition of the sentence recommended in the Report. Defendant also waived his right to be present and speak before the District Judge imposes the recommended sentence. The Government did not file any objections. Therefore, the Court may act on the Report immediately.

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and his Report is **ADOPTED**. It is therefore **ORDERED** that Defendant's plea of true to the first, second, third, fourth, and fifth allegations as set forth in the Government's petition be **ACCEPTED**. Based upon the Magistrate Judge's findings, the Court finds that Defendant violated the conditions of his supervised release. Therefore, it is **ORDERED** that Defendant's supervised release be **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of

Prisons to be imprisoned for 120 days to serve, and that Defendant be placed back on supervised release until the original expiration date of May 20, 2015, under the same terms and conditions that were originally imposed. It is further **ORDERED** that an additional condition of up to 180 days of community confinement be included in Defendant's conditions of supervised release. Defendant shall remain in the U.S. Marshal's custody until he can be placed in a community confinement program. Finally, it is **ORDERED** that Defendant will have an additional 12 months to complete his community service hours. Judgment and commitment will be entered separately in accordance with the Magistrate Judge's Report.

SIGNED this 28th day of March, 2014 at Laredo, Texas.

GEORGE P. KAZEN
SENIOR UNITED STATES DISTRICT JUDGE